Benjamin Galdston (SBN 211114)
BERGER MONTAGUE PC
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
bgaldston@bm.net

(additional counsel on signature page)
*Counsel for Plaintiff and the Proposed Class*

**GRANTED**
Judge Thomas S. Hixson

DATED: 5/18/2020
The Clerk shall close the case.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN NETWORK, INC., Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PNC FINANCIAL SERVICES GROUP, INC.; PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendants. | Case No. 3:20-cv-02824-TSH<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Mag. Judge: Hon. Thomas S. Hixson |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Lincoln Network, Inc. voluntarily dismisses without prejudice the above-entitled action against defendants PNC Financial Services Group, Inc., and PNC Bank, National Association. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 18, 2020

Respectfully submitted,

BERGER MONTAGUE PC

*/s/ Benjamin Galdston*
BENJAMIN GALDSTON (SBN 211114)
12544 High Bluff Drive, Suite 340
San Diego, CA 92130
Tel: (619) 489-0300
Email:  bgaldston@bm.net

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
-1-

-and-

WHITFIELD BRYSON LLP
Daniel K. Bryson
(*pro hac vice* forthcoming)
Scott C. Harris
(*pro hac vice* forthcoming)
Patrick M. Wallace
(*pro hac vice* forthcoming)
900 West Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5000
E-mail: dan@whitfieldbryson.com
         scott@whitfieldbryson.com
         pat@whitfieldbryson.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist
(*pro hac vice* forthcoming)
Rebecca A. Peterson (SBN 241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Email: rkshelquist@locklaw.com
        rapeterson@locklaw.com

GREG COLEMAN LAW PC
Alex R. Straus (SNB 321366)
16748 McCormick Street
Los Angeles, CA 91436
Tel: (310) 450-9689
Email: alex@gregcolemanlaw.com
    -and-
Gregory F. Coleman
(*pro hac vice* granted)
William A. Ladnier (SBN 330334)
First Tennessee Plaza
800 South Gay Street, Suite 100
Knoxville, TN 37929
Tel: (865) 247-0080
Email: greg@gregcolemanlaw.com
        will@gregcolemanlaw.com

*Attorneys for Plaintiff and the Proposed Class*